UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| HOWARD OPERA HOUSE ASSOCIATES, LLC, <br> Plaintiff, <br><br> v. <br><br> BRUEGGER'S ENTERPRISES, INC., <br> Defendant | ) ) ) ) ) ) ) ) ) <br><br> Case No. 2:17-cv-00251-cr |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Howard Opera House Associates, LLC and Defendant Bruegger's Enterprises, Inc., by and through their respective counsel, pursuant to F.R.C.P. 41(a), stipulate that this action and all claims that were or could have been asserted by either party may be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated at Burlington, Vermont, this 18th day of January, 2018.

**HOWARD OPERA HOUSE ASSOCIATES, LLC**

By: */s/ Kevin A. Lumpkin*_____
R. Jeffrey Behm, Esq.
Kevin A. Lumpkin, Esq.
SHEEHEY FURLONG & BEHM P.C.
30 Main Street, 6th Floor
P.O. Box 66
Burlington, Vermont 05402-0066
(802) 864-9891
jbehm@sheeheyvt.com
klumpkin@sheeheyvt.com

**BRUEGGER'S ENTERPRISES, INC.**

By: */s/ Walter E. Judge*_____
Walter E. Judge, Jr., Esq.
Downs Rachlin Martin PLLC
199 Main Street
P.O. Box 190
Burlington, VT 05402-0190
(802) 863-2375
wjudge@drm.com

Approved and Ordered:

DATED: _____          _____
                                                                              Christina Reiss, U.S. District Judge

## CERTIFICATE OF SERVICE

I, Kevin A. Lumpkin, counsel for Howard Opera House Associates, LLC, do hereby certify that on January 18, 2018, I electronically filed with the Clerk of Court the following document:

## STIPULATION OF DISMISSAL WITH PREJUDICE

using the CM/ECF system.  The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF parties

>Walter E. Judge, Jr., Esq.
>wjudge@drm.com

Dated at Burlington, Vermont this 18th day of January, 2018.

>By: */s/ Kevin A. Lumpkin*
>Kevin A. Lumpkin, Esq.
>SHEEHEY FURLONG & BEHM P.C.
>30 Main Street, 6th Floor
>P.O. Box 66
>Burlington, Vermont 05402-0066
>(802) 864-9891
>klumpkin@sheeheyvt.com