U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 JAN 18 PM 3:43

CLERK

BY_____ LAW
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| **HOWARD OPERA HOUSE ASSOCIATES, LLC,** <br> **Plaintiff,** <br><br> v. <br><br> **BRUEGGER'S ENTERPRISES, INC.,** <br> **Defendant** | Case No. 2:17-cv-00251-cr |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Howard Opera House Associates, LLC and Defendant Bruegger's Enterprises, Inc., by and through their respective counsel, pursuant to F.R.C.P. 41(a), stipulate that this action and all claims that were or could have been asserted by either party may be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated at Burlington, Vermont, this 18th day of January, 2018.

**HOWARD OPERA HOUSE ASSOCIATES, LLC**

By: */s/ Kevin A. Lumpkin*
R. Jeffrey Behm, Esq.
Kevin A. Lumpkin, Esq.
SHEEHEY FURLONG & BEHM P.C.
30 Main Street, 6th Floor
P.O. Box 66
Burlington, Vermont 05402-0066
(802) 864-9891
jbehm@sheeheyvt.com
klumpkin@sheeheyvt.com

**BRUEGGER'S ENTERPRISES, INC.**

By: */s/ Walter E. Judge*
Walter E. Judge, Jr., Esq.
Downs Rachlin Martin PLLC
199 Main Street
P.O. Box 190
Burlington, VT 05402-0190
(802) 863-2375
wjudge@drm.com

Approved and Ordered:

DATED: 1/18/18

_____
Christina Reiss, U.S. District Judge